UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:
Angela M. Coyle

| | |
|---|---|
| Case No.: | ~~18-33297~~ |
| Chapter: | ~~13~~ |
| Judge: | ~~ABA~~ |

## CERTIFICATION IN SUPPORT OF DISCHARGE

I, _Angela M. Coyle_____, debtor in this case, certify as follows:

1. All payments required to be made by me under my plan have been made and are paid in full.

2. ☑ I am not required to pay domestic support obligations.

   ☐ I am required to pay domestic support obligations and I have paid all amounts payable under court order or statute that were due on or before the date of this certification.

I certify under penalty of perjury that the above is true.

Date: _11/18/21_____          _/s/ Angela M. Coyle_____
                                         Debtor's Signature

**IMPORTANT**:

- **Each debtor in a joint case must file a separate Certification in Support of Discharge.**
- **A discharge will not be entered for a debtor who fails to file a <u>completed</u> Certification in Support of Discharge.**

*rev.8/1/18*