**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Angela M Coyle<br>First Name    Middle Name    Last Name | Social Security number or ITIN    xxx–xx–0330<br>EIN    _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name    Middle Name    Last Name | Social Security number or ITIN    _ _ _ _<br>EIN    _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–33297–ABA | |

# Order of Discharge 12/18

---

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

>   Angela M Coyle
>   aka Angela M Shanahan

<u>1/7/22</u>                         **By the court:** <u>Andrew B. Altenburg Jr.</u>
                                                United States Bankruptcy Judge

---

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

 ♦ debts that are domestic support obligations;

 ♦ debts for most student loans;

 ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-33297-ABA |
| Angela M Coyle | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 07, 2022 | Form ID: 3180W | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 09, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Angela M Coyle, 1012 Pitney Road, Absecon, NJ 08201-9716 |
| cr | + | NewRez LLC d/b/a Shellpoint Mortgage Servicing as, Hill Wallack, 21 Roszel Road, P.O. Box 5226, Princeton, NJ 08543-5226 |
| 517889688 | + | GMAC mortgage, P O Box 4622, Waterloo, IA 50704-4622 |
| 517889690 | + | HSBC Card Services C/O The Bureaus Inc., 1717 Central St., Evanston, IL 60201-1507 |
| 517922630 | + | Legacy Mortgage Asset Trust 2018-SL1, c/o Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 519455867 | | MTGLQ Investors, L.P., PO Box 10826, Greenville, SC 29603-0826 |
| 519455868 | | MTGLQ Investors, L.P., PO Box 10826, Greenville, SC 29603-0826, MTGLQ Investors, L.P., PO Box 10826 Greenville, SC 29603-0826 |
| 518012544 | | MTGLQ Investors, L.P., c/o Shellpoint Mortgage Servicing, PO Box 10826, Greenville, SC 29603-0826 |
| 517889693 | + | Phelan Hallinan Diamond & Jones, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517889694 | + | Phelan Hallinan Diamond & Jones, PC, 400 Fellowship Road, Suite 100, Mount Laurel, NJ 08054-3437 |
| 517889697 | + | Shellpoint Mortgage Servicing, P.O. Box 740039, Cincinnati, OH 45274-0039 |
| 517889698 | + | Specialized Loan Servicing, 8742 Lucent Blvd., Suite 300, Highland Ranch, CO 80129-2386 |
| 518981545 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518981546 | + | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St. Greenwood Village, Colorado 80111-4720 |
| 518948393 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129-2386 |
| 518948394 | + | Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300, Highlands Ranch, Colorado 80129, Specialized Loan Servicing LLC, 8742 Lucent Blvd, Suite 300 Highlands Ranch, Colorado 80129-2386 |
| 517889701 | + | US Bank Nat'l Association, Equity Loan Trust 2004 HE4, 300 East Delaware Ave., 8th Floor, Wilmington, DE 19809-1515 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jan 07 2022 20:29:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jan 07 2022 20:29:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517889682 | + | EDI: CAPITALONE.COM | Jan 08 2022 01:23:00 | Cap One, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 517889683 | + | EDI: CAPITALONE.COM | Jan 08 2022 01:23:00 | Capital One, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 517893389 | + | Email/Text: bankruptcy@cavps.com | Jan 07 2022 20:29:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 517889685 | | EDI: DISCOVER.COM | Jan 08 2022 01:23:00 | Discover, P.O. Box 30943, Salt Lake City, UT 84130 |
| 517889687 | | EDI: DISCOVER.COM | Jan 08 2022 01:23:00 | Discover Financial Services, P.O. Box 15316, Wilmington, DE 19850 |
| 517889686 | + | EDI: DISCOVER.COM | | |

Case 18-33297-ABA    Doc 63    Filed 01/09/22    Entered 01/10/22 00:15:39    Desc Imaged
Certificate of Notice    Page 4 of 5

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 07, 2022 | Form ID: 3180W | Total Noticed: 36 |

| Recip ID | Bypass | EDI/Email | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 08 2022 01:23:00 | Discover Bank, 2500 Lake Cook Road, Riverwoods, IL 60015-3801 |
| 517889689 | + | EDI: HFC.COM | Jan 08 2022 01:23:00 | HSBC Bank, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 517889690 | + | EDI: PRATHEBUR | Jan 08 2022 01:23:00 | HSBC Card Services C/O The Bureaus Inc., 1717 Central St., Evanston, IL 60201-1507 |
| 517889691 | + | EDI: HFC.COM | Jan 08 2022 01:23:00 | HSBC/Boscov's, P.O. Box 5253, Carol Stream, IL 60197-5253 |
| 517889684 | | EDI: JPMORGANCHASE | Jan 08 2022 01:23:00 | Chase, P.O. Box 15298, Wilmington, DE 19850 |
| 517889692 | + | EDI: VERIZONCOMB.COM | Jan 08 2022 01:23:00 | MCI / Verizon, 500 Technology Drive, Suite 300, Weldon Springs, MO 63304-2225 |
| 517902240 | + | EDI: AISACG.COM | Jan 08 2022 01:23:00 | NCEP, LLC, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 517954349 | + | EDI: AISACG.COM | Jan 08 2022 01:23:00 | NCEP, LLC by AIS Portfolio Services, LP as agent, P.O. Box 4138, Houston, TX 77210-4138 |
| 517889695 | | Email/Text: signed.order@pfwattorneys.com | Jan 07 2022 20:29:00 | Pressler & Pressler, 7 Entin Rd., Parsippany, NJ 07054 |
| 517889696 | + | EDI: DRIV.COM | Jan 08 2022 01:23:00 | Santander Consumer USA, Attn: bankruptcy Dept, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 517889699 | + | EDI: WTRRNBANK.COM | Jan 08 2022 01:23:00 | Target Corp., P O Box 673, Minneapolis, MN 55440-0673 |
| 517891997 | + | EDI: RECOVERYCORP.COM | Jan 08 2022 01:23:00 | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517889700 | + | EDI: CITICORP.COM | Jan 08 2022 01:23:00 | Universal Card / Citibank, PO Box 6241, Sioux Falls, SD 57117-6241 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518989649 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| 518989650 | *+ | Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111, Specialized Loan Servicing LLC, 6200 S. Quebec St., Greenwood Village, Colorado 80111-4720 |
| aty | ##+ | KML Law Group, PC, 216 Haddon Avenue, Ste 406, Collingswood, NJ 08108-2812 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 09, 2022          Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Angela Catherine Pattison | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. apattison@hillwallack.com, hwbknj@hillwallack.com |
| Denise E. Carlon | on behalf of Creditor Legacy Mortgage Asset Trust 2018-SL1 dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing as servicer for MTGLQ Investors L.P. eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Legacy Mortgage Asset Trust 2018-SL1 kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Thomas E. Dowey | on behalf of Debtor Angela M Coyle tdesquire@hotmail.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8